# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF VIRGINIA

U.S.A. vs. <u>Matthew K. McMinn</u>　　　　　Criminal No. <u>2:16cr00140</u>

### Waiver of Hearing to Modify Conditions
### of Supervised Release

　　　　I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing, at no cost to me, if I am not able to retain counsel of my own choosing.

　　　　I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Supervised Release:

The defendant shall reside in a community confinement program (i.e. halfway house) for a period of up to SIX (6) MONTHS or until the defendant is able to financially support himself and secure adequate housing following his release from the Bureau of Prisons.

Witness: _____　　　　Signed: _____
　　　　Senior U.S. Probation Officer　　　　　　　　　Supervised Releasee

　　　　　　　　　　　　_30 Oct 2018_
　　　　　　　　　　　　　　Date

　　　　　　　　　　　　　　　　　　　　　　　Respectfully,

### ORDER OF COURT

　　Considered and ordered this __1st__ day of　　_____
_Nov_, 20_18_ and ordered filed and made a part of　Senior U.S. Probation Officer
the records in the above case.　　　　　　　　　　Place __Newport News, Virginia__
　　　　　　　　　　　　　　　　　　　　　　　Date __10/31/18__

_____
Raymond A. Jackson
United States District Judge

CSY/csy